**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | The Reed Group Elite Homes. LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 3 5 4 8 7 7 9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o Michael Reed | |
| P O Box 147 | |
| Number       Street | Number       Street |
| Callahan, FL 32011 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Nassau | |
| County | |
| | Number       Street |
| | City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    The Reed Group Elite Homes. LLC
            Name                                                          Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
         District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                  MM / DD / YYYY
         Case number, if known _____

Debtor   The Reed Group Elite Homes. LLC                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>_____<br>    City             State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | The Reed Group Elite Homes. LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/23/2024
　　　　　　　　MM/ DD/ YYYY

X  /s/ Michael C. Reed                                    Michael C. Reed
Signature of authorized representative of debtor          Printed name

Title            Manager

**18. Signature of attorney**

X            /s/ Bryan K. Mickler            Date  02/23/2024
Signature of attorney for debtor                          MM/ DD/ YYYY

Bryan K. Mickler
Printed name

Law Offices of Mickler & Mickler, LLP
Firm name

5452 Arlington Expy.
Number        Street

Jacksonville                          FL        32211
City                                  State     ZIP Code

＿＿＿＿＿＿＿＿＿＿                    bkmickler@planlaw.com
Contact phone                         Email address

091790                                FL
Bar number                            State

Fill in this information to identify the case:

Debtor Name  __The Reed Group Elite Homes. LLC__

United States Bankruptcy Court for the: __Middle__ District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                          **Current value of debtor's interest**

2. **Cash on hand**                                                                            _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. __Southeastern Bank__ | __Checking account__ | __9  9  0  9__ | $1,000.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____                                                _____

   4.2 _____                                                _____

5. **Total of Part 1**                                                                         | $1,000.00 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                               **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____                                                _____

   7.2 _____                                                _____

Debtor   **The Reed Group Elite Homes. LLC**                                    Case number *(if known)* _____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____     _____

    8.2  _____     _____

9. **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.          | _____ |

| **Part 3:** | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                     **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:     **unknown**  -  **unknown**  =..... ➡     $8,408.54

                   face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:  _____  -  _____  =..... ➡     _____

                   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $8,408.54 |

| **Part 4:** | Investments |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____    _____    _____

    14.2  _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1.  _____   _____   _____   _____

    15.2.  _____   _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    **The Reed Group Elite Homes. LLC**                          Case number *(if known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 16.1 | _____ | | _____ | _____ |
| 16.2 | _____ | | _____ | _____ |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                    [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor   __The Reed Group Elite Homes. LLC__                     Case number *(if known)* _____
              Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested**<br>_____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed**<br>_____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6**<br>_____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor     **The Reed Group Elite Homes. LLC**       Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | | |

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |
| 47.2 _____ | | | |
| 47.3 _____ | | | |
| 47.4 _____ | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **2006 Yellow Fin 36 Foot / Boat** | **$230,000.00** | | **$230,000.00** |

Debtor    **The Reed Group Elite Homes. LLC**                    Case number *(if known)* _____
                Name

---

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    | $230,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**     Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

| Debtor | The Reed Group Elite Homes. LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **The Reed Group Elite Homes. LLC**                         Case number *(if known)* _____
           Name

---

71.  **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ =➜    _____
                                       Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

    _____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Claims Pending with Tritt & Associates related to construction receivables**    **unknown**

    Nature of claim    _____

    Amount requested    **unknown**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    _____

    Nature of claim    _____

    Amount requested    _____

76.  **Trusts, equitable or future interests in property**

    _____    _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____    _____

    _____    _____

78.  **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    **The Reed Group Elite Homes. LLC**                              Case number *(if known)* _____
       Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,408.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $230,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $239,408.54 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ | | $239,408.54 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   The Reed Group Elite Homes. LLC

United States Bankruptcy Court for the:   Middle   District of   Florida
   (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**
First National Bank

**Creditor's mailing address**
4322 2nd St N

Folkston, GA 31537

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2006 Yellow Fin 36 Foot

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $180,000.00   Column B: $230,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $180,000.00

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Reed Group Elite Homes. LLC |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| Internal Revenue Service | ☐ Contingent | | |
| P O Box 931200 | ☐ Unliquidated | | |
| Louisville, KY 40293-1200 | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

| Debtor | The Reed Group Elite Homes. LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

A.C. Griffin Concrete

56209 Griffin Farm Rd

Callahan, FL 32011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractors, Suppliers, Credit Cards

Is the claim subject to offset?
☑ No
☐ Yes

$32,790.00

**3.2** Nonpriority creditor's name and mailing address

Air-Tite Insulation

6001 Benton Rd.

Paducah, KY 42003

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractors, Suppliers, Credit Cards

Is the claim subject to offset?
☑ No
☐ Yes

$6,430.00

**3.3** Nonpriority creditor's name and mailing address

Anderson's Plumbing

P.O. Box 1823

Callahan, FL 32011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractors, Suppliers, Credit Cards

Is the claim subject to offset?
☑ No
☐ Yes

$4,720.00

**3.4** Nonpriority creditor's name and mailing address

Chad and Katherine Reed

550738 US Highway 1

Hilliard, FL 32046

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Personal Loan

Is the claim subject to offset?
☑ No
☐ Yes

$99,920.00

| Debtor | **The Reed Group Elite Homes. LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Egans Environmental**

**95065 Willet Way**

**Fernandina Beach, FL 32034**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
☒ No
☐ Yes

$995.00

---

**3.6** Nonpriority creditor's name and mailing address

**Elite Builder Solutions, LLC**

**10416 New Berlin Rd 1**

**Jacksonville, FL 32226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
☒ No
☐ Yes

$7,872.00

---

**3.7** Nonpriority creditor's name and mailing address

**Flowmaster, LLC.**

**37886 Kings Ferry Rd**

**Hilliard, FL 32046**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
☒ No
☐ Yes

$7,700.00

---

**3.8** Nonpriority creditor's name and mailing address

**Ginny Buonpastore**

**550710 US HIGHWAY 1**

**Hilliard, FL 32046**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$19,000.00

---

| Debtor | **The Reed Group Elite Homes. LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.9**  **Nonpriority creditor's name and mailing address**

Glecker and Sons Building Supplies

P.O. Box 12267

Jacksonville, FL 32209

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sub-Contractors, Suppliers, Credit Cards**

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,604.28

---

**3.10**  **Nonpriority creditor's name and mailing address**

Glenn and Karen Barbee

55564 Dear Run Rd

Callahan, FL 32011

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

$351,220.00

---

**3.11**  **Nonpriority creditor's name and mailing address**

Glenn Barbee

55564 Dear Run Rd

Callahan, FL 32011

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sub-Contractors, Suppliers, Credit Cards**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,105.91

---

**3.12**  **Nonpriority creditor's name and mailing address**

Guedes Services Company, Inc

11001 Old St. Augustine Rd 1213

Jacksonville, FL 32257

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sub-Contractors, Suppliers, Credit Cards**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,900.00

---

| Debtor | **The Reed Group Elite Homes. LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,495.00** |
|---|---|---|---|

Hendry Electrical Contractors, Inc

85222 Miner Rd.

Yulee, FL 32097

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26,702.80** |
|---|---|---|---|

Keen Construction Services, LLC

11363 Beagle Lane

Jacksonville, FL 32221

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,665.00** |
|---|---|---|---|

M.C. Woodworks

45320 Oak Trail

Callahan, FL 32011

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,805.52** |
|---|---|---|---|

Meridian Waste- Jax

P.O. Box 850210

Charlotte, NC 28258

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor   **The Reed Group Elite Homes. LLC**

Name                                                        Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $174,300.00
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**
Mike and Gayla Reed

550738 US Highway 1

Hilliard, FL 32046

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Personal Loan

Is the claim subject to offset?
☑ No
☐ Yes

$174,300.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
Painting and Repair Services

2573 Karatas Court

Jacksonville, FL 32246

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractors, Suppliers, Credit Cards

Is the claim subject to offset?
☑ No
☐ Yes

$34,658.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
Pickets Eletcric Inc.

376290 Kings Ferry Rd.

Hilliard, FL 32046

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractors, Suppliers, Credit Cards

Is the claim subject to offset?
☑ No
☐ Yes

$28,270.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Rafal Kutylo

36263 VICTORY LN

Callahan, FL 32011

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **The Reed Group Elite Homes. LLC**
Name                                                          Case number *(if known)* _____

---

| Part 2: | Additional Page |

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **unknown** |
|---|---|---|---|
| | Ray Farmer | ☐ Contingent | |
| | 476140 Middle Road | ☐ Unliquidated | |
| | Hilliard, FL 32046 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$254,558.16** |
|---|---|---|---|
| | RGM Tile and Stone, LLC | ☐ Contingent | |
| | 550830 US Highway 1 | ☐ Unliquidated | |
| | Hilliard, FL 32046 | ☐ Disputed | |
| | | Basis for the claim: Sub-Contractors, Suppliers, Credit Cards | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | Richard Gilmore | ☐ Contingent | |
| | 5972 Shade Hill Road | ☐ Unliquidated | |
| | Jacksonville, FL 32258 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,975.00** |
|---|---|---|---|
| | Rocca's Drywall Service, LLC | ☐ Contingent | |
| | 95146 Hither Hills Way | ☐ Unliquidated | |
| | Fernandina Beach, FL 32034 | ☐ Disputed | |
| | | Basis for the claim: Sub-Contractors, Suppliers, Credit Cards | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

Debtor   **The Reed Group Elite Homes. LLC**
_____          Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64,300.00** |

Ronnie Sheppard

55534 Deer Run Road

Callahan, FL 32011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Spenser Kelly

95175 Shellmidden

Fernandina Beach, FL 32034

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Taylor Made Roofing, Inc.

85105 Commerce Park Dr.

Yulee, FL 32097

**As of the petition filing date, the claim is:**   **$17,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub-Contractors, Suppliers, Credit Cards

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

TCM Bank NA

P.O. Box 105666

Atlanta, GA 30348-5666

**As of the petition filing date, the claim is:**   **$34,910.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub-Contractors, Suppliers, Credit Cards

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **The Reed Group Elite Homes. LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.29** **Nonpriority creditor's name and mailing address**

**Toi Toi USA, LLC**

**P.O. Box 11407**

**Birmingham, AL 35246**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
☑ No
☐ Yes

$609.84

---

**3.30** **Nonpriority creditor's name and mailing address**

**Tritt & Associates Attorney**

**707 Peninsular Pl**

**Jacksonville, FL 32204**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

**3.31** **Nonpriority creditor's name and mailing address**

**Tritt and Associates**

**707 Peninsular Place**

**Jacksonville, FL 32204**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.32** **Nonpriority creditor's name and mailing address**

**Tropic Aire**

**9969 Old Kings Rd**

**Jacksonville, FL 32219**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

Debtor     **The Reed Group Elite Homes. LLC**                                    Case number *(if known)* _____
           Name

---

| **Part 2:** | Additional Page |
| --- | --- |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
| --- | --- | --- | --- |

**William S. Myers, CPA**

**905 Park Ave 102**

**Orange Park, FL 32073**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:  **Sub-Contractors, Suppliers, Credit Cards**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **The Reed Group Elite Homes. LLC**
_____   Case number *(if known)* _____
Name

<table>
<tr><td style="background:black;color:white">**Part 3:**</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **United States Attorney** **Middle District of Florida** **300 N. Hogan St. #700** **Jacksonville, FL 32202** | Line **2.1** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **The Reed Group Elite Homes. LLC**
_____
               Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,320,957.07** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,320,957.07** |

Fill in this information to identify the case:

Debtor name _____ The Reed Group Elite Homes. LLC _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____    Chapter ___ 7 ___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

Fill in this information to identify the case:

Debtor name __The Reed Group Elite Homes. LLC__

United States Bankruptcy Court for the: __Middle__ District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Michael C. Reed | P.O. Box 147<br>Street<br><br>Callahan, FL 32011<br>City        State        ZIP Code | Glecker and Sons Building Supplies | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | The Reed Group Elite Homes. LLC | Case number (if known) |
|--------|--------------------------------|------------------------|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.6 | _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

**Fill in this information to identify the case:**

Debtor name _____ The Reed Group Elite Homes. LLC _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**  Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*..............................................................................

    | $0.00 |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*............................................................................

    | $239,408.54 |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*..............................................................................

    | $239,408.54 |

**Part 2:**  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $180,000.00 |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

    | $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    | **+** $1,320,957.07 |

4. **Total liabilities**............................................................................................................

    Lines 2 + 3a + 3b

    | $1,500,957.07 |

---

Fill in this information to identify the case:

Debtor name _____ The Reed Group Elite Homes. LLC _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____

☐ Check if this is an
   amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $5,511,227.68 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $326,599.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

---

| Debtor | The Reed Group Elite Homes, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Painting and Repair Services<br>Creditor's name<br>2573 Karatas Court<br>Street<br><br>Jacksonville, FL 32246<br>City          State     ZIP Code | 8/4/2023<br><br>10/03/2023<br><br>11/10/2023<br><br>8/17/2023 | $60,775.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2.  Allen's Backhoe Services, Inc.<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | 8/08/2023<br><br>09/26/2023 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.3.  Guedes Services Company, Inc<br>Creditor's name<br>11001 Old St. Augustine Rd 1213<br>Street<br><br>Jacksonville, FL 32257<br>City          State     ZIP Code | 8/07/2023 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4.  Elite Builder Solutions, LLC<br>Creditor's name<br>10416 New Berlin Rd 1<br>Street<br><br>Jacksonville, FL 32226<br>City          State     ZIP Code | 09/15/2023<br><br>12/28/2023 | $31,972.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5.  Flowmaster, LLC.<br>Creditor's name<br>37886 Kings Ferry Rd<br>Street<br><br>Hilliard, FL 32046<br>City          State     ZIP Code | 08/10/2023<br><br>08/29/2023<br><br>10/10/2023 | $47,595.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   The Reed Group Elite Homes, LLC
Name

Case number *(if known)*

---

**3.6.** Taylor Made Roofing, Inc.
Creditor's name

85105 Commerce Park Dr.
Street

Yulee, FL 32097
City                State      ZIP Code

8/15/2023

10/12/2023

$18,850.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.7.** Keen Construction Services, LLC
Creditor's name

11363 Beagle Lane
Street

Jacksonville, FL 32221
City                State      ZIP Code

08/11/2023

09/25/2023

10/06/2023

$47,710.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.8.** Tritt & Associates Attorney
Creditor's name

707 Peninsular Pl
Street

Jacksonville, FL 32204
City                State      ZIP Code

08/14/2023

$7,440.31

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.9.** Pickets Eletcric Inc.
Creditor's name

376290 Kings Ferry Rd.
Street

Hilliard, FL 32046
City                State      ZIP Code

09/19/2023

09/19/2023

11/14/2023

12/28/2023

12/28/2023

$51,134.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.10.** Anderson's Plumbing
Creditor's name

P.O. Box 1823
Street

Callahan, FL 32011
City                State      ZIP Code

08/23/2023

11/15/2023

$18,287.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.11.** MJB Masonry, LLC
Creditor's name

96403 Cayman Circle
Street

Fernandina Beach, FL 32034
City                State      ZIP Code

08/16/2023

9/11/2023

9/29/2023

11/16/2023

$33,134.50

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

Debtor    The Reed Group Elite Homes, LLC
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 3.12. | Glecker and Sons Building Supplies | 08/17/2023 | $73,801.22 |
| | Creditor's name | | |
| | P.O. Box 12267 | 12/13/2023 | |
| | Street | | |
| | | 09/19/2023 | |
| | Jacksonville, FL 32209 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.13. | A.C. Griffin Concrete | 9/08/2023 | $32,771.50 |
| | Creditor's name | | |
| | 56209 Griffin Farm Rd | 10/05/2023 | |
| | Street | | |
| | Callahan, FL 32011 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.14. | Hendry Electrical Contractors, Inc | 09/29/2023 | $22,575.00 |
| | Creditor's name | | |
| | 85222 Miner Rd. | 10/25/2023 | |
| | Street | | |
| | Yulee, FL 32097 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.15. | Preston Reeves Heating & A/C | 10/03/2023 | $10,500.00 |
| | Creditor's name | | |
| | P.O. Box95 | | |
| | Street | | |
| | Hilliard, FL 32046 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.16. | Rocca's Drywall Service, LLC | 10/04/2023 | $10,237.00 |
| | Creditor's name | | |
| | 95146 Hither Hills Way | | |
| | Street | | |
| | Fernandina Beach, FL 32034 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.17. | Price Contracting Service, Inc. | 10/04/2023 | $10,402.00 |
| | Creditor's name | | |
| | 14476 Duval Place W. | | |
| | Street | | |
| | Jacksonville, FL 32218 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.18. | Designers & Builders Source, Inc. | 11/14/2023 | $7,705.00 |
| | Creditor's name | | |
| | P.O. Box 56110 | | |
| | Street | | |
| | Jacksonville, FL 32241 | | |
| | City            State    ZIP Code | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

Debtor    The Reed Group Elite Homes: LLC                                    Case number *(if known)*
_____
Name

| 3.19. | Tropic Air of North Florida | 12/08/2023 | $11,765.50 | ☐ Secured debt |
|---|---|---|---|---|

3.19.  Tropic Air of North Florida
Creditor's name                        12/08/2023          $11,765.50

9969 Old Kings Rd
Street

Jacksonville, FL 32219
City                    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

3.20.  Higginbothom Gas Works LLC
Creditor's name                        12/08/2023          $8,360.46

34002 Honey Bee Lane
Street

Callahan, FL 32011
City                    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Michael C. Reed<br>Creditor's name<br><br>P.O. Box 147<br>Street<br><br><br>Callahan, FL 32011<br>City        State    ZIP Code | $1700 per week salary | $1,700.00 | salary |

| Relationship to debtor |
|---|
| owner |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.<br>Creditor's name<br><br>Street<br><br><br>City        State    ZIP Code | | | |

| Debtor | The Reed Group Elite Homes, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ _____ City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

<div style="background:black;color:white;padding:2px">

**Part 3:    Legal Actions or Assignments**

</div>

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | THE REED GROUP ELITE HOMES, LLC, v. CHARLES W. SAULS and AMANDA T. SAULS, | Foreclosure | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 2023-CA-000529 | | Name _____ Street _____ _____ City    State    ZIP Code | |
| 7.2. | HE REED GROUP ELITE HOMES, LLC v. ZOLA, CASEY D, ZOLA, ERIK L, LOTT, CASEY D. | Foreclosure | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** 23-CA-000526 | | Name _____ Street _____ _____ City    State    ZIP Code | |
| 7.3. | THE REED GROUP ELITE HOMES, LL v. POWELL, SAMUEL, POWELL, ASHLEY | Foreclosure | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 23-CA-000527 | | Name _____ Street _____ _____ City    State    ZIP Code | |

| Debtor | The Reed Group Elite Homes, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | THE REED GROUP ELITE HOMES, LLC v. SEABROOKS, CRAIG R, SEABROOKS, NICOLE R | Foreclosure | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | 23-CC-000405 | | | |
| | | | City          State      ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | THE REED GROUP v. SAULS | Arbitration | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | 23-cc-00529 | | | |
| | | | City          State      ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | CATRETT v. THE REED GROUP | Arbitration | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR NASSAU COUNTY, FLORIDA<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | 01-23-005-1069 | | | |
| | | | City          State      ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State      ZIP Code | | |
| | | **Date of order or assignment** | City          State      ZIP Code |

| Debtor | The Reed Group Elite Homes, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Recipient's name

Street

City                    State      ZIP Code

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   The Reed Group Elite Homes: LLC
_____
Name
                                              Case number *(if known)* _____

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Offices of Mickler & Mickler, LLP | Attorney's Fee | 2/16/2024 | $2,162.00 |
| | **Address** | court costs | 2/16/2024 | $338.00 |
| | 5452 Arlington Expy. | | | |
| | Street | | | |
| | | | | |
| | Jacksonville, FL 32211 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor _____The Reed Group Elite Homes, LLC_____    Case number *(if known)* _____
         Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| Address | | | | |
|---|---|---|---|---|
| _____ | | | | |
| Street | | | | |
| _____ | | | | |
| _____ | | | | |
| City          State     ZIP Code | | | | |

| Relationship to debtor |
|---|
| _____ |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| _____ | |
| City          State     ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ | | |
| City          State     ZIP Code | _____ | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

---

Debtor  The Reed Group Elite Homes: LLC
        Name                                              Case number *(if known)*

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|-------------------------------------------------------------------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br><br>Street<br><br>City          State      ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    The Reed Group Elite Homes, LLC          Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    The Reed Group Elite Homes: LLC                                                    Case number *(if known)* _____
          Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City            State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City            State    ZIP Code | City            State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    The Reed Group Elite Homes, LLC _____    Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. _____    _____    EIN: _ _ – _ _ _ _ _ _ _

Name

**Dates business existed**

Street

From _____    To _____

_____

City        State    ZIP Code

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. William S. Myers, CPA

Name    From _____    To _____

905 Park Ave 102

Street

_____

Orange Park, FL 32073

City        State    ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2. Michael C. Reed

Name    From _____    To _____

P.O. Box 147

Street

_____

Callahan, FL 32011

City        State    ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. William S. Myers, CPA

Name    From _____    To _____

905 Park Ave 102

Street

_____

Orange Park, FL 32073

City        State    ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2. Michael C. Reed

Name    From _____    To _____

P.O. Box 147

Street

_____

Callahan, FL 32011

City        State    ZIP Code

Debtor    The Reed Group Elite Homes, LLC
          Name                                                                    Case number *(if known)*

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| William S. Myers, CPA | |
| Name | |
| 905 Park Ave 102 | |
| Street | |
| | |
| Orange Park, FL 32073 | |
| City                    State              ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Michael C. Reed | |
| Name | |
| P.O. Box 147 | |
| Street | |
| | |
| Callahan, FL 32011 | |
| City                    State              ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                    State              ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                    State              ZIP Code |

Debtor    The Reed Group Elite Homes. LLC
                Name                                                                                 Case number *(if known)* _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Michael C. Reed | P.O. Box 147 Callahan, FL 32011 | Member, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. Michael C. Reed<br>Name<br>P.O. Box 147<br>Street<br><br>Callahan, FL 32011<br>City              State        ZIP Code | salary | weekly gross salary of $1700 | |

| Relationship to debtor |
|------------------------|
| owner |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN:  __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN:  __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Debtor    The Reed Group Elite Homes, LLC                                    Case number *(if known)* _____
                  Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      02/23/2024
                     MM/  DD/  YYYY

**X** /s/ Michael C. Reed                                    Printed name            Michael C. Reed
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor        Manager


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

| Fill in this information to identify the case: |
|---|
| Debtor name                The Reed Group Elite Homes. LLC |
| United States Bankruptcy Court for the: |
| Middle District of Florida |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A.C. Griffin Concrete 56209 Griffin Farm Rd Callahan, FL 32011 | (907) 759-3986 | Sub-Contractors, Suppliers, Credit Cards | | | | $32,790.00 |
| 2 | Air-Tite Insulation 6001 Benton Rd. Paducah, KY 42003 | (270) 898-4655 | Sub-Contractors, Suppliers, Credit Cards | | | | $6,430.00 |
| 3 | Chad and Katherine Reed 550738 US Highway 1 Hilliard, FL 32046 | (904) 535-5057 | Personal Loan | | | | $99,920.00 |
| 4 | Elite Builder Solutions, LLC 10416 New Berlin Rd 1 Jacksonville, FL 32226 | (904) 497-3605 | Sub-Contractors, Suppliers, Credit Cards | | | | $7,872.00 |
| 5 | Flowmaster, LLC. 37886 Kings Ferry Rd Hilliard, FL 32046 | (904) 838-9798 | Sub-Contractors, Suppliers, Credit Cards | | | | $7,700.00 |
| 6 | Ginny Buonpastore 550710 US HIGHWAY 1 Hilliard, FL 32046 | | | | | | $19,000.00 |
| 7 | Glecker and Sons Building Supplies P.O. Box 12267 Jacksonville, FL 32209 | (904) 355-6611 | Sub-Contractors, Suppliers, Credit Cards | | | | $26,604.28 |
| 8 | Glenn and Karen Barbee 55564 Dear Run Rd Callahan, FL 32011 | | Personal Loan | | | | $351,220.00 |

| Debtor | The Reed Group Elite Homes. LLC | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hendry Electrical Contractors, Inc 85222 Miner Rd. Yulee, FL 32097 | (904) 314-2544 | Sub-Contractors, Suppliers, Credit Cards | | | | $10,495.00 |
| 10 | Keen Construction Services, LLC 11363 Beagle Lane Jacksonville, FL 32221 | (904) 759-9329 Clyde Keen (904) 759-9329 | Sub-Contractors, Suppliers, Credit Cards | | | | $26,702.80 |
| 11 | Mike and Gayla Reed 550738 US Highway 1 Hilliard, FL 32046 | (904) 813-3264 | Personal Loan | | | | $174,300.00 |
| 12 | Painting and Repair Services 2573 Karatas Court Jacksonville, FL 32246 | (904) 208-3183 | Sub-Contractors, Suppliers, Credit Cards | | | | $34,658.00 |
| 13 | Pickets Eltecric Inc. 376290 Kings Ferry Rd. Hilliard, FL 32046 | (904) 334-3570 | Sub-Contractors, Suppliers, Credit Cards | | | | $28,270.00 |
| 14 | RGM Tile and Stone, LLC 550830 US Highway 1 Hilliard, FL 32046 | (904) 813-3264 | Sub-Contractors, Suppliers, Credit Cards | | | | $254,558.16 |
| 15 | Richard Gilmore 5972 Shade Hill Road Jacksonville, FL 32258 | | | | | | $50,000.00 |
| 16 | Ronnie Sheppard 55534 Deer Run Road Callahan, FL 32011 | | | | | | $64,300.00 |
| 17 | Taylor Made Roofing, Inc. 85105 Commerce Park Dr. Yulee, FL 32097 | (904) 849-7758 | Sub-Contractors, Suppliers, Credit Cards | | | | $17,900.00 |
| 18 | TCM Bank NA P.O. Box 105666 Atlanta, GA 30348-5666 | (800) 883-0131 | Sub-Contractors, Suppliers, Credit Cards | | | | $34,910.56 |
| 19 | Tritt & Associates Attorney 707 Peninsular Pl Jacksonville, FL 32204 | (904) 354-5200 | | | | | $30,000.00 |
| 20 | Tritt and Associates 707 Peninsular Place Jacksonville, FL 32204 | (904) 354-5200 | Sub-Contractors, Suppliers, Credit Cards | | | | $20,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

**In re**    The Reed Group Elite Homes. LLC

Case No. _____

**Debtor**    Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $2,162.00

Prior to the filing of this statement I have received ................................................................    $2,162.00

Balance Due ...............................................................................................................................    $0.00

2.    _____$338.00_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

5.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 02/23/2024 | /s/ Bryan K. Mickler |
| *Date* | Bryan K. Mickler |
| | *Signature of Attorney* |

Bar Number: 091790
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211
Phone: (904) 725-0822

Law Offices of Mickler & Mickler, LLP
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE: **The Reed Group Elite Homes. LLC**                      CASE NO

                                                               CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____02/23/2024_____   Signature _____/s/ Michael C. Reed_____

                                                      Michael C. Reed, Manager

A.C. Griffin Concrete

56209 Griffin Farm Rd

Callahan, FL 32011

Air-Tite Insulation

6001 Benton Rd.

Paducah, KY 42003

Anderson's Plumbing

P.O. Box 1823

Callahan, FL 32011

Chad and Katherine Reed

550738 US Highway 1

Hilliard, FL 32046

Egans Environmental

95065 Willet Way

Fernandina Beach, FL 32034

Elite Builder Solutions, LLC

10416 New Berlin Rd 1

Jacksonville, FL 32226

First National Bank

4322 2nd St N

Folkston, GA 31537

Flowmaster, LLC.

37886 Kings Ferry Rd

Hilliard, FL 32046

Ginny Buonpastore
550710 US HIGHWAY 1
Hilliard, FL 32046

Glecker and Sons Building
Supplies
P.O. Box 12267
Jacksonville, FL 32209

Glenn and Karen Barbee
55564 Dear Run Rd
Callahan, FL 32011

Glenn Barbee
55564 Dear Run Rd
Callahan, FL 32011

Guedes Services Company,
Inc
11001 Old St. Augustine Rd 1213
Jacksonville, FL 32257

Hendry Electrical Contractors,
Inc
85222 Miner Rd.
Yulee, FL 32097

Internal Revenue Service
P O Box 931200
Louisville, KY 40293-1200

Keen Construction Services,
LLC
11363 Beagle Lane
Jacksonville, FL 32221

M.C. Woodworks
45320 Oak Trail
Callahan, FL 32011

Meridian Waste- Jax
P.O. Box 850210
Charlotte, NC 28258

Michael C. Reed
P.O. Box 147
Callahan, FL 32011

Mike and Gayla Reed
550738 US Highway 1
Hilliard, FL 32046

Painting and Repair Services
2573 Karatas Court
Jacksonville, FL 32246

Pickets Eletcric Inc.
376290 Kings Ferry Rd.
Hilliard, FL 32046

Rafal Kutylo
36263 VICTORY LN
Callahan, FL 32011

Ray Farmer
476140 Middle Road
Hilliard, FL 32046

RGM Tile and Stone, LLC
550830 US Highway 1
Hilliard, FL 32046


Richard Gilmore
5972 Shade Hill Road
Jacksonville, FL 32258


Rocca's Drywall Service, LLC
95146 Hither Hills Way
Fernandina Beach, FL 32034


Ronnie Sheppard
55534 Deer Run Road
Callahan, FL 32011


Spenser Kelly
95175 Shellmidden
Fernandina Beach, FL 32034


Taylor Made Roofing, Inc.
85105 Commerce Park Dr.
Yulee, FL 32097


TCM Bank NA
P.O. Box 105666
Atlanta, GA 30348-5666


Toi Toi USA, LLC
P.O. Box 11407
Birmingham, AL 35246

Tritt & Associates Attorney
707 Peninsular Pl
Jacksonville, FL 32204

Tritt and Associates
707 Peninsular Place
Jacksonville, FL 32204

Tropic Aire
9969 Old Kings Rd
Jacksonville, FL 32219

United States Attorney
Middle District of Florida
300 N. Hogan St. #700
Jacksonville, FL 32202

William S. Myers, CPA
905 Park Ave 102
Orange Park, FL 32073

# United States Bankruptcy Court
## Middle District of Florida

In re   **The Reed Group Elite Homes. LLC**
_____

                                    Debtor(s)

Case No. _____

Chapter _____**7**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**The Reed Group Elite Homes. LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**02/23/2024**_____
Date

_____**/s/ Bryan K. Mickler**_____

**Bryan K. Mickler**
Signature of Attorney or Litigant
Counsel for  **The Reed Group Elite Homes. LLC**
**Bar Number: 091790**
**Law Offices of Mickler & Mickler, LLP**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**Phone: (904) 725-0822**
**Email: bkmickler@planlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                           CHAPTER  **7**
**The Reed Group Elite Homes. LLC**

DEBTOR(S)                                                        CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Michael C. Reed**<br>P.O. Box 147<br>Callahan, FL 32011 | common | 100 | owner |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Public Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **02/23/2024**_____                Signature: /s/ Michael C. Reed_____
                                                            *Michael C. Reed, Manager*